JS-6

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# (RIVERSIDE DIVISION)

| | |
|---|---|
| NEWTEK SMALL BUSINESS FINANCE, LLC, a New York limited liability company,<br><br>  Plaintiff,<br><br>vs.<br><br>SSI REFRIGERATED EXPRESS, INC., a California corporation; ROBERT MICHAEL STALLONE, an individual resident and citizen of California; RENEE FLORES STALLONE, an individual resident and citizen of California; DOES 1-10,<br><br>  Defendants. | CASE NO.: 5:22-cv-00955 JGB (KKx)<br><br>**JUDGMENT** |

This action having been commenced by the filing of a Complaint by Plaintiff NEWTEK SMALL BUSINESS FINANCE, LLC, a New York limited liability company ("Plaintiff"), and issuance of a Summons on June 9, 2022, and a copy of said Summons and Complaint having been served upon the Defendants SSI REFRIGERATED EXPRESS, INC., a California corporation ("SSI"), ROBERT MICHALE STALLONE, an individual ("Robert Stallone"), and RENEE FLORES STALLONE, an individual ("Renee Stallone") (collectively, the "Defendants"), via sub-service in accordance with the Federal Rules of Civil Procedure.

Despite receipt of due process and notice, the Defendants failed to file or serve any claim or pleading or notice of appearance, and failed to file and serve an Answer or otherwise appeared in this action within the time specified in the notice previously heretofore filed with the Court. Moreover, Defaults as to the Defendants were entered on August 1, 2022 and August 24, 2022, respectively.

The Court having received and reviewed the Plaintiff's Motion for Entry of Default Judgment in this matter submitted pursuant to Federal Rules of Civil Procedure 55(a) and (b)(1), as well as the Declarations and Exhibits, and the contents of the Court's file, and good cause appearing therefor:

///
///
///
///
///
///
///
///
///

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS**:

Default Judgment shall be entered against Defendants, as follows:

*For Money:*

**AS TO DEFENDANTS SSI AND ROBERT STALLONE, JOINTLY AND SEVERALLY:**

| | |
|---|---|
| Principal: | $593,850.21 |
| Interest: | $ 17,617.56 |
| Late Fees: | $ 5,731.10 |
| Misc. Fees: | $ 753.00 |
| Attorney's Fees: | $ 15,477.00 |
| Costs: | $ 938.06 |
| **Total:** | **$634,366.93** |

**AS TO SSI, ROBERT STALLONE AND RENEE STALLONE, JOINTLY AND SEVERALLY:**

| | |
|---|---|
| Principal: | $173,655.58 |
| Interest: | $ 7,532.50 |
| Late Fees: | $ 1,503.70 |
| Misc. Fees: | $ 245.00 |
| Attorney's Fees: | $ 7,073.11 |
| **Total:** | **$190,009.89** |

*For Possession:*

**AS TO SSI AND ROBERT STALLONE**

Plaintiff is awarded possession of the Vehicles listed in the attachment hereto, and Borrowers are directed to specifically perform their obligations under the Loan Documents, and to return and/or allow Plaintiff to take possession of the Vehicles.

Upon recovery and sale of the Vehicles in a commercially reasonable manner, the money judgment entered herein will be credited with the net sales proceeds.

IT IS SO ORDERED.

DATED: October 5, 2022

_____
Honorable Jesus G. Bernal
United States District Judge

### 2019-2020 SSI Refrigerated Express-Equipment List

| Vehicle # | Year | Make | Model | VIN | Plate | State |
|---|---|---|---|---|---|---|
| 101 | 2006 | FREIGHTLINER | TRACTOR | 1FUJBBCG45LN55504 | N/A | CA |
| 106 | 2007 | PETERBILT | TRACTOR | 1XPHDB9X37D669142 | N/A | CA |
| 108 | 2003 | KENWORTH | TRACTOR | 1XKWDB9X23J386630 | N/A | CA |
| 112 | 2011 | FREIGHTLINER | TRACTOR | 1FUJGLDR8BLAV7361 | N/A | CA |
| 113 | 2011 | FREIGHTLINER | TRACTOR | 1FUJGLDR1BLAV7153 | XP42508 | CA |
| 118 | 2008 | FREIGHTLINER | TRACTOR | 1FUJGLCK48LZ78213 | N/A | CA |
| 114 | 2008 | FREIGHTLINER | TRACTOR | 1FUJA6CK58LZ06908 | WP11428 | CA |
| | | | | | | |
| 115 | 2010 | PETERBILT | TRACTOR | 1XP7D49X4AD104610 | VP98373 | CA |
| 116 | 2010 | PETERBILT | TRACTOR | 1XP7D49X9AD104618 | WP95820 | CA |
| 119 | 2013 | FREIGHTLINER | TRACTOR | 3AKJGLDR3DSFF8838 | WP95825 | CA |
| 120 | 2013 | FREIGHTLINER | TRACTOR | 1FUJGLDR4DSBS2070 | WP95826 | CA |
| 121 | 2013 | FREIGHTLINER | TRACTOR | 3AKJGLDR3DSFF8760 | WP95827 | CA |
| 122 | 2015 | FREIGHTLINER | TRACTOR | 3AKJGLD5XFSGB1406 | XP21586 | CA |
| 123 | 2015 | FREIGHTLINER | TRACTOR | 3AKJGLD59FSGD3879 | XP21587 | CA |
| 124 | 2012 | Kenworth T600B | TRACTOR | 1XKADP8X8CJ317854 | XP42541 | CA |
| **11 Tractors** | | | | | | **State** |
| 501 | 2011 | UTILITY | SEMI TRAILER | 1UYVS2538BU022601 | 4KT5494 | CA |
| 502 | 2004 | UTILITY | SEMI TRAILER | 1UYVS25324U165613 | 4KW8177 | CA |
| 503 | 2011 | UTILITY | SEMI TRAILER | 1UYVS253XBU022602 | 4KT5495 | CA |
| 504 | 2005 | GREAT DANE | SEMI TRAILER | 1GRAA06285W705021 | 4MJ2296 | CA |
| 506 | 2006 | UTILITY | SEMI TRAILER | 1UYVS25336M718501 | 4KE2692 | CA |
| 507 | 2005 | UTILITY | SEMI TRAILER | 1UYVS25315U347708 | 4LH6526 | CA |
| 505 | 1999 | GREAT DANE | SEMI TRAILER | 1GRAA9623XW090305 | unknown | CA |
| 508 | 2006 | WABASH | SEMI TRAILER | 1JJV532W56L953053 | unknown | CA |
| 509 | 2001 | GREAT DANE | SEMI TRAILER | 1GRAA06201W055305 | 4NB3344 | CA |
| 510 | 2012 | UTILITY | SEMI TRAILER | 1UYVS2534CU343536 | 4RB5503 | CA |
| 511 | 2012 | UTILITY | SEMI TRAILER | 1UYVS2537CU343529 | 4RB5505 | CA |
| 512 | 2012 | UTILITY | SEMI TRAILER | 1UYVS2537CU343546 | 4RB5504 | CA |
| | 2015 | GMS | Truck | 1GT424E83FF649041 | | CA |